UNITED STATES of America,
Plaintiff–Appellee,

v.

Lamont C. FITCH, Defendant–
Appellant.

No. 08–5457.

United States Court of Appeals,
Sixth Circuit.

Sept. 16, 2009.

BEFORE: MARTIN, GUY, and McKEAGUE, Circuit Judges.

PER CURIAM.

Defendant–Appellant Lamont C. Fitch appeals his sentence of six months for assaulting a safety manager while an inmate at United States Penitentiary, Big Sandy, in Inez, Kentucky. The district court's decision, after considering the factors in 18 U.S.C. § 3553(a), to make the six-month sentence run consecutive to Fitch's ongoing unfulfilled sentence was not an abuse of discretion. *See United States v. Watford,* 468 F.3d 891, 915–17 (6th Cir.2006); *United States v. Gibson,* 896 F.2d 206, 210 (6th Cir.1990). The district court's decision to impose a six-month sentence, after considering the factors in 18 U.S.C. § 3553(a), was neither procedurally nor substantively unreasonable. *See United States v. Jones,* 445 F.3d 865, 869 (6th Cir.2006). Therefore, we **AFFIRM** the district court's decision.